UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

JORGE LUIS TAPANES )
     plaintiff, )
vs. ) Case NO: 1:10-CV-21887-JAL #16
STATE OF FLORIDA )
     respondent. ) Appeal No.: 11-12439-B

Notice of appeal
and request of certificate of appealability in Forma Pauperis.

Comes now, Jorge Luis Tapanes, hereinafter ("Tapanes"); petitioner Pro-Se, respectfully submitted his notice of appeal and request for a certificate of appealability in Forma Pauperis to the Eleventh Circuit Court of Appeals from the last decision of the Honorable Judge Joan A. Lenard on 5/5/2011.

This motion is based on the violation of the petitioner's constitutional rights.

The evidence supporting the case was obtained illegally because the arrest of the petitioner and the search of his property were conducted without a search and arrest warrants. This constitutes a violation of the IV Amendment of the Constitution of the United States. It is also a violation of the Criminal Procedures Rules. Therefore, to the petitioner's best understanding, the subsequent prosecution of the case is based in evidence obtained by illegal means, or more commonly said: the fruit of the poisoned tree.

Signed on the 10th day of June, 2011.

_____
Jorge Luis Tapanes (Pro-Se)